GEORGE L. WARREN, petitioner and respondent,

*v.*

LOUISE D. WARREN, defendant-appellant.

[Submitted July 6th, 1915.   Decided November 15th, 1915.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Stevens.

*Mr. Samuel Press,* for the appellant.

*Mr. John A. Bernhard,* for the respondent.

PER CURIAM.

This was a suit for divorce brought by the husband for alleged adultery on the part of the wife. Vice-Chancellor Stevens, in an oral decision, held that the adultery charged was satisfactorily proved, and advised a decree according to the prayer in the petition. We have examined the testimony and other evidence and reach the same conclusion as the vice-chancellor. The decree will accordingly be affirmed.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, VREDENBURGH, TERHUNE, HEPPENHEIMER, WILLIAMS, TAYLOR —14.

*For reversal*—None.